Frederic G. Ludwig, III (CA Bar No. 205332)
eric.ludwig@ludwigiplaw.com
Andrew J. Kubik (CA Bar No. 245902)
andrew.kubik@ludwigiplaw.com
LUDWIG, APC
12463 Rancho Bernardo Road, No. 532
San Diego, California 92128
Telephone: 619-929-0873

Attorneys for Plaintiff THE SLIDING DOOR COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| THE SLIDING DOOR COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE GLASS DOOR COMPANY, INC., d/b/a DOORS22, a Florida corporation,<br><br>Defendant. | Case No. 2:22-cv-07500-MCS-MAA<br><br>**NOTICE OF MOTION AND UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF THE SLIDING DOOR COMPANY**<br><br>Date: October 23, 2023<br>Time: 9:00 a.m.<br>Crtrm: 7C<br>Judge: Hon. Mark C. Scarsi<br><br>Complaint Filed: October 14, 2022<br>Trial Date: June 4, 2024 |
|---|---|

TO THIS HONORABLE COURT, ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTE that, on October 23, 2023, at 9:00 a.m. in Courtroom 7C, 7th Floor of the United States District Court, First Street Courthouse, located at 350 W. 1st Street, Los Angeles, California 90012, Ludwig, APC ("Ludwig"), counsel of record for Plaintiff THE SLIDING DOOR COMPANY ("Sliding Door" or "Plaintiff") will, and hereby does, move for an order granting leave for Ludwig, and its attorneys Frederic G. Ludwig, III and Andrew J. Kubik, to withdraw as counsel of record for Sliding Door in this matter.

This application is made pursuant to Local Rule 83-2.3.2, and is based upon this Notice of Motion and Motion for Leave to Withdraw as Attorneys of Record, the attached Memorandum of Points and Authorities, the Declaration of Frederic G. Ludwig, III in support thereof, all papers and documents on file herein, and any other or further evidence or argument as may be presented at or before the hearing.

Good cause exists for the order requested herein. For the reasons set forth more fully in the accompanying Memorandum of Points and Authorities, ethical and professional considerations require Ludwig's withdrawal of representation, as there has been an irreconcilable breakdown in the attorney-client relationship. This motion is unopposed by Defendant THE GLASS DOOR COMPANY, INC., d/b/a DOORS22 and its counsel.

Written notice of this motion has been provided to Sliding Door in accordance with Local Rule 83-2.3.2, including written notice of the consequences of Sliding Door's inability to appear pro se, as required by Local Rule 83-2.3.4. Specifically, Sliding Door is hereby notified that if this Motion is granted and Sliding Door does not retain another attorney to represent it, it faces certain consequences relating to its inability to appear pro se in this matter. Sliding Door is hereby notified that an organization, such as a corporation, may not represent itself in a court action such as the present case. Corporations and other organizations must retain a duly-licensed attorney to represent them.

Sliding Door's last known address and contact information is as follows:

**Doron Polus & Sheryl Hai-Ami**

**THE SLIDING DOOR COMPANY**

**20235 Bahama Street**

**Chatsworth, California 91311**

**(818) 997-7855**

**(sheryl@slidingdoorco.com)**

**(dp@slidingdoorco.com)**

NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF
2
Case No. 2:22-cv-07500-MCS-MAA

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: September 21, 2023 | Respectfully Submitted |
| 3 | | By: /s/ *Frederic G. Ludwig, III* |
| 4 | | Frederic G. Ludwig, III<br>LUDWIG, APC |
| 5 | | |
| 6 | | Attorney for Plaintiff THE SLIDING DOOR COMPANY |